IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01103-WYD-MJW

VIRGILIUS LIPS, and
LYNDA LIPS,

Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, In his official capacity;
AGENT MATT HANAGAN, in his individual and official capacities;
INVESTIGATOR CRAIG TANGEMAN, in his individual and official capacities;
OFFICER JOHN DOE #1, in his individual and official capacities;
OFFICER JOHN DOE #3, in his individual and official capacities;
OFFICER JOHN DOE #4, in his individual and official capacities; and
OFFICER JOHN DOE #5, in his individual and official capacities,

Defendants.

---

Consolidated with

Civil Action No. 12-cv-01107-WYD-MJW

MELVEN LIPS and
JULIEN LIPS,

Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, In his official capacity;
AGENT MATT HANAGAN, in his individual and official capacities;
INVESTIGATOR CRAIG TANGEMAN, in his individual and official capacities;
OFFICER JOHN DOE #1, in his individual and official capacities; and
OFFICER JOHN DOE #2, in his individual and official capacities;

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Joint Motion for Entry of Protective Order (Docket No. 30) is GRANTED finding good cause shown. The written Stipulated Protective Order (Docket No. 30-1) is APPROVED and made an Order of the Court.

Date: August 22, 2012