IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01103-WYD-MJW

VIRGILIUS LIPS and
LYNDA LIPS,

Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, et al.,

Defendants.

---

Consolidated with

Civil Action No. 12-cv-01107-WYD-MJW

MELVEN LIPS and
JULIEN LIPS,

Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Joint Motion to Amend Scheduling Order (Docket No. 62) is GRANTED.  The Amended Scheduling Order, as altered, is made an order of the court.  The Final Pretrial Conference set for June 6, 2013 at 9:30 a.m. is VACATED.  The Final Pretrial Conference is RESET for August 12, 2013 at 10:00 a.m.

Date: January 28, 2013