IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01103-WYD-MJW

VIRGILIUS LIPS and
LYNDA LIPS,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, In his official capacity;
AGENT MATT HANAGAN, in his individual and official capacities;
INVESTIGATOR CRAIG TANGEMAN, in his individual and official capacities;
SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

    Defendants.

---

Consolidated with

Civil Action No.  12-cv-01107-WYD-BNB

MELVEN LIPS and
JULIEN LIPS,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, in his official capacity;
AGENT MATT HANAGAN, in his individual and official capacities;
INVESTIGATOR CRAIG TANGEMAN, in his individual and official capacities;
SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

## ORDER

THIS MATTER is before the Court upon Plaintiffs' and Defendants Hanagan and Tangeman's Stipulated Motion for Dismissal with Prejudice of Plaintiffs' Claims Against Defendants Matt Hanagan and Craig Tangeman filed April 30, 2013.  After a review of the file and the motion, is it hereby

ORDERED that the Stipulated Motion for Dismissal with Prejudice of Plaintiffs' Claims Against Defendants Matt Hanagan and Craig Tangeman [ECF No. 68], is **GRANTED.**  Plaintiffs' claims against Defendants Matt Hanagan and Craig Tangeman, in both their individual and official capacities, are **DISMISSED WITH PREJUDICE**, each party to bear his or her own costs and fees.  It is

FURTHER ORDERED that the caption of this action shall be amended to omit Matt Hanagan and Craig Tangeman as party defendants.

Dated:  May 9, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE