IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01103-WYD-MJW

VIRGILIUS LIPS and
LYNDA LIPS,

     Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, In his official capacity;
SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

     Defendants.

---

Consolidated with

Civil Action No.  12-cv-01107-WYD-BNB

MELVEN LIPS and
JULIEN LIPS,

     Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, in his official capacity;
SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

     Defendants.

---

**ORDER**

THIS MATTER is before the Court upon the Stipulated Motion for Dismissal with Prejudice of Plaintiff Lynda Lips' Claims Against Defendants Cesar Madrigal, Steve Croushore, and Joseph Pollack.  After a review of the file and the motion, is it hereby

ORDERED that the Stipulated Motion for Dismissal with Prejudice of Plaintiff Lynda Lips' Claims Against Defendants Cesar Madrigal, Steve Croushore, and Joseph Pollack (ECF No. 84) filed May 17, 2013 is **GRANTED**.  In accordance therewith, it is

ORDERED that Plaintiff Lynda Lips' claims against Defendants Cesar Madrigal, Steve Croushore and Joseph Pollack, in both their individual and official capacities, are **DISMISSED WITH PREJUDICE**, each party to bear his or her own costs and fees. Defendants Madrigal, Croushore and Pollack remain in this action, however, as to claims by other Plaintiffs.

Dated:  May 20, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE