IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01103-WYD-MJW

VIRGILIUS LIPS and
LYNDA LIPS,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, In his official capacity;
SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

    Defendants.

---

Consolidated with

Civil Action No.  12-cv-01107-WYD-BNB

MELVEN LIPS and
JULIEN LIPS,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY;
ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON, in his official capacity;
SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

    Defendants.

## ORDER

This matter is before the Court upon Plaintiffs' and Defendants Board of County Commissioners of Arapahoe County and Sheriff Grayson Robinson's Stipulated Joint Motion for Dismissal with Prejudice of Plaintiffs' Claims against Defendants Board of County Commissioners of Arapahoe County and Arapahoe County Sheriff Grayson Robinson [ECF No. 115], filed July 2, 2013.  After a review of the file and motion, it is y

ORDERED that the Stipulated Motion for Dismissal of Defendants Board of County Commissioners of Arapahoe County and Arapahoe County Sheriff Grayson Robinson is **APPROVED**.  Plaintiffs' claims against Defendants Board of County Commissioners of Arapahoe County and Arapahoe County Sheriff Grayson Robinson are **DISMISSED WITH PREJUDICE**, each party to bear his or her or its own costs and fees.  It is

FURTHER ORDERED that Defendants Arapahoe County Board of County Commissioners of Arapahoe County and Sheriff Grayson Robinson's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint [ECF No. 49] is **DENIED AS MOOT.**  It is

FURTHER ORDERED that Defendants Arapahoe County Board of County Commissioners of Arapahoe County and Sheriff Grayson Robinson's Motion to Compel the Deposition Testimony of Plaintiff Julien Lips [ECF No. 75] is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Arapahoe County Board of County Commissioners of Arapahoe County and Sheriff Grayson Robinson's Motion for Summary Judgment [ECF No. 110] is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Plaintiffs Virgilius and Lynda Lips' Fed. R. Civ. P. 72(a) Objection to Order Denying Leave to File Supplemental Complaint [ECF No. 107] is **DENIED AS MOOT.**  Finally, it is

ORDERED that the caption of this action shall be amended to omit the Board of County Commissioners of Arapahoe County and Arapahoe County Sheriff Grayson Robinson as party defendants.

Dated:  July 2, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
SENIOR UNITED STATES DISTRICT JUDGE